NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ROSE ADANMA DURU,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:14-CV-3652-L-BF** |
| § | |
| **CHARLES SCHWAB INVESTMENT** § | |
| **GROUP,** § | |
| § | |
| § | |
| Defendant. § | |

# ORDER

This case was referred to United States Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on December 22, 2014, recommending that the court deny Plaintiff's Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and dismiss the action if Plaintiff failed to pay the full filing fee within fourteen days of his recommendation. Plaintiff has filed no objections, and as of the date of this order, she has not paid the filing fee.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution and failure to comply with a court order.

**It is so ordered** this 30th day of January, 2015.

_____
Sam A. Lindsay
United States District Judge